In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-343 CR


____________________



DEREK LEDOUX, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 92949






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Derek Ledoux, to withdraw
his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant personally,
acting pro se following withdrawal of appellate counsel after filing a brief which certifies
counsel could find no arguable error upon which to base an appeal. No opinion has issued
in this appeal.

 The motion to withdraw as counsel is granted. Derek Ledoux is enrolled pro se. It
is further ordered that the motion to withdraw notice of appeal be granted, and the appeal is
therefore dismissed. The clerk of the court shall forward a copy of this Opinion to the clerk
of the court in which the notice of appeal was filed.

 APPEAL DISMISSED.

 

 

 ___________________________ STEVE McKEITHEN

 Chief Justice 



Opinion Delivered April 25, 2007 

Do Not Publish


Before McKeithen, C.J., Kreger and Horton, JJ.